IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAUN CARTER, Individually and on behalf of all others similiarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOLL HOUSE II, INC. d/b/a STILETTOS GENTLEMEN'S CLUB and THEO LAMBROS,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:14-cv-01097-MHS |

## ORDER

This civil action is before the Court on the parties' consent motion to stay proceedings pending settlement of case, which is hereby **GRANTED.** It is further **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to reopen the action if settlement is not consummated. The Clerk is directed to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within one hundred twenty (120) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED,** this 7th day of December, 2015.

_____
MARTIN H. SHOOB
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:8141664.1